Court of Appeals granted. Order filed. See 106 N. Y. Supp. 1141.

PHILLIPS et al., Appellants, v. UNITED STATES FIDELITY & GUARANTY CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Isaac Phillips and another against the United States Fidelity & Guaranty Company. F. M. Czaki, for appellants. R. Gray, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PIRONG, Respondent, v. SYRACUSE LIGHTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Mary E. Pirong, as administratrix, etc., against the Syracuse Lighting Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. See 106 N. Y. Supp. 1141.

POLHAMUS, Appellant, v. DELAWARE, L. & W. R. Co., Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Margaret Polhamus, as sole administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion granted, with $10 costs, unless, within 20 days, the appellant pays to the respondent $20 and serves proposed case and exceptions, in which event motion is denied, without costs.

POLITO et al., Appellants, v. ADAMO et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Vincenzo Polito and another against Salvatore Adamo and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

POST, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Roswell W. Post against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

POTTER, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Amy E. Potter, as administratrix, against the Interborough Rapid Transit Company. J. Delehanty, for appellant. J. O. Nichols, for respondent. No opinion. Judgment (105 N. Y. Supp. 1071) affirmed, with costs. Order filed.

PRATIE et al. v. BUTLER et al. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by William Pratie and another against James J. Butler and others. No opinion. Motion denied, with $10 costs. Order filed.

PRIOLO, Appellant, v. SOUTHARD et al., Respondents. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Giuseppe Priolo against Charles H. Southard and others. H. J. Hindes, for appel-

lant. F. V. Johnson, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

PRITCHARD, Appellant, v. RUPPERT, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Rosa Pritchard against Jacob Ruppert. G. B. Glass, for appellant. T. H. Lord, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

RAFTERY, Respondent, v. C. B. RUSSELL CO., Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by George A. Raftery against the C. B. Russell Company. E. L. Tilden, for appellant. H. M. Hitchings, for respondent.

PER CURIAM. Order affirmed, with $10 costs, and disbursements. Order filed.

LAUGHLIN, J., dissents.

RANDALL, Appellant, v. KINSLEY, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Frederick Randall against Thomas P. Kinsley. F. C. Scofield, for appellant. J. A. Corbin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RANDEL, Appellant, v. FRANK, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Elias Randel against Louis Frank. A. Rosenstein, for appellant. E. F. Stern, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

RANKIN, Respondent, v. BUSH et al., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by George C. Rankin, as receiver, against John J. Bush and others. J. A. Gibson, for appellants. E. B. Whitney, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

RANKIN, Appellant, v. CLEMONT, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by George C. Rankin, as receiver, etc., against Sarah J. Clemont, as executrix. No opinion. Judgment and order affirmed, with costs.

RAYMOND, Respondent, v. RING, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Grace Raymond against Naomi Ring (formerly Naomi Duncombe). No opinion. Reargument ordered, and case set down for Tuesday, February 25, 1908.

RECTOR, ETC., CHURCH OF TRANSFIGURATION, Respondent, v. RECTOR, ETC., ST. STEPHENS P. E. CHURCH, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by the rector, etc., of Church of the Transfig-